**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ROGERS, KEITH T. | ) | |
| KATICH-ROGERS, SHARI J. | ) | CASE NO. 05-56918 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:    U.S. BANKRUPTCY COURT
               Kane County Courthouse
               100 S. 3rd Street, Courtroom 140
               Geneva, IL  60134

        on:    **January 3, 2008**
        at:    **10:00 a.m**.

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                                          $               7,520.71

        b. Disbursements                                     $               2,372.89

        c. Net Cash Available for Distribution               $               5,147.82

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $    1,502.07 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $    673.11 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.      Claims of general unsecured creditors totaling $10,152.18, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $29.28%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Pathology Consultants | $ 445.00 | $ 130.30 |
| 2 | Asset Acceptance LLC | $ 9,633.33 | $ 2,820.72 |
| 3 | Lane Bryant | $ 73.85 | $ 21.62 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:

        Real Estate (Lot, Dixon, IL) - $4,323.00; Real Estate (224 Banbury, North Aurora, IL) – $222,000.00; Cash - $20.00; Checking Account (Old Second) - $1,200.00; Checking Account (Kraft Food Credit Union) - $400.00; Household Goods - $500.00; Wearing Apparel - $400.00; Guitar & Amplifier - $150.00; Popup Camper - $2,500.00; 401K (Husband) - $14,000.00; 401K (Wife) - $12,996.00; 1967 Pontiac GTO - $1,500.00; 1986 Volvo 740 - $750.00; 1999 Pontiac Montana - $600.00.

        The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:    **December 7, 2007**              For the Court,

By:   **KENNETH S. GARDNER**

Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7           Page 1 of 2          Date Rcvd: Dec 07, 2007
Case: 05-56918               Form ID: pdf002        Total Served: 46
```

The following entities were served by first class mail on Dec 09, 2007.
```
db          +Keith T. Rogers,    224 Banbury Road,   North Aurora, IL 60542-1337
jdb         +Shari J. Katich-Rogers,   224 Banbury Road,   North Aurora, IL 60542-1337
aty         +Linda M Holzrichter,  Law Offices Of Linda M. Holzrichter,   16 S Locust St,
             Aurora, IL 60506-4034
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
10275562     AMO Recoveries,   4352 3734 0067 8543,   P.O. Box 100036,   Kennesaw, GA 30156-9236
10275563    +ATG Credit,   NR 7549330,   P.O. Box 14895,   Chicago, IL 60614-0895
10275561    +Academic Endocrine,   120 Spalding, Suite 401,   Naperville, IL 60540-6560
11094585    +Asset Acceptance LLC,   Assignee/TARGET RETAILERS NATL BANK,   PO Box 2036,
             Warren MI 48090-2036
10275564    +Aurora Radiology Consultants,   016-1-0000783278,    520 E. 22nd Street,   Lombard, IL 60148-6110
10275566    +Castle Orthpaedics Sports Medicine,   96584, 26656,   2111 Ogden Avenue,   Aurora, IL 60504-7597
10275567     Centra,   9088795,   P.O. Box 479,   Winfield, IL 60190-0479
10275568    +Central DuPage Hospital,   3717776, et al.,   25 N. Winfield Road,   Winfield, IL 60190-1222
10275569     Computer Credit, Inc.,   V8586227,   P.O. Box 5238,   Winston-Salem, NC 27113-5238
10275565     Dennis A. Brebner & Assoc.,   M115111,   860 Northpoint Blvd.,   Waukegan, IL 60085-8211
10275570     Dreyer Medical Clinic,   3G600988,   P.O. Box 2091,   Aurora, IL 60507-2091
10275571    +DuPage Family Medicine,   ROGERS00, 01, 02,   1012 W. 95th Street,   Naperville, IL 60564-5041
10275572    +DuPage Surgical Consultants,   48771,   7 Blanchard Circle, Suite 104,   Wheaton, IL 60187-1038
10275573     Fox Valley Family Practice,   15925, 15926,   P.O. Box 2091,   Aurora, IL 60507-2091
10275574    +Gastroenterology Group Practice,   9153,   302 Randall Road, #210,   Geneva, IL 60134-4205
10275575    +Georgemiller, Whyte & Assoc.,   27580,   1974 Miner Street,   Des Plaines, IL 60016-4714
10275576     ICS,   ROGERS00, 01, 02,   P.O. Box 646,   Oak Lawn, IL 60454-0646
10275577     Kraft Foods Federal Credit Union,   4820 5410 0025 3800,   P.O. Box 31281,   Tampa, FL 33631-3281
11139661    +Lane Bryant,   Redcats USA,   P O BOX 4400,   Taunton, MA 02780-0318
10275578     Lane Bryant,   9420600082057-0335422,   c/o Van Ru Credit Corp.,   P.O. Box 618,
             Park Ridge, IL 60068-0618
10275579    +Litton Loan Servicing L P,   c/o McCalla, Raymer et al,   Bankruptcy Department,
             1544 Old Alabama Road,   Roswell GA 30076-2102
10275580    +MBNA,   25875 Science Park Drive,   Beachwood, OH 44122-7310
10275581    +Merchants Credit Guide,   E029096740, et al.,   223 W. Jackson Blvd.,   Chicago, IL 60606-6908
10275582    +Midwest Center for Advanced Imaging,   15939,   c/o Malcolm S. Gerald & Assoc.,
             332 S. Michigan Ave., Suite 600,   Chicago, IL 60604-4318
10275583    +Midwest Pathology Service,   452083,   Dept 4003,   Carol Stream, IL 60122-0001
10275584    +Naperville MRI / Des Plaines Rads,   02-06-03775,   1455 Golf Road, Suite 212,
             Des Plaines, IL 60016-1254
10275585    +Naperville Radiologists,   NR 7549330,   P.O. Box 70,   Hinsdale, IL 60522-0070
10275586    +Nephrology Associates,   001000043104,   P.O. Box 3369,   Oak Park, IL 60303-3369
10275587     New Century Mortgage Corp.,   P.O. Box 54285,   Irvine, CA 92619-4285
10275588    +Pathology Consultants,   M115111,   P.O. Box 1048,   Dept 1000,   St. Charles, IL 60174-7048
11092994    +Pathology Consultants,   C/O Dennis A. Brebner & Associates,   860 Northpoint Blvd.,
             Waukegan, IL 60085-8211
10275589     Pellettieri & Assoc.,   V8586227,   991 Oak Creek Drive,   Lombard, IL 60148-6408
10275590    +Provena Mercy Center,   V8586227,   1325 N. Highland Avenue,   Aurora, IL 60506-1449
10275591     Quest Diagnostics,   3452290883, et al.,   P.O. Box 64804,   Baltimore, MD 21264-4804
10275593     RPM, Inc.,   E029096740, et al.,   P.O. Box 925,   Rosemont, IL 60018-0925
10275592     Retailers Natl Bank (Target),   4352 3734 0067 8543,   c/o Asset Acceptance LLC,   P.O. Box 2036,
             Warren, MI 48090-2036
10275594     Sears Card (Sherman Acquisitions),   5121 0718 3645 2478,
             c/o Financial Recovery Services, Inc.cn.,   P.O. Box 385908,   Minneapolis, MN 55438-5908
10275595    +St. Edward Hospital,   E029096740, et al.,   801 S. Washington Street,
             Naperville, IL 60540-7430
10275596    +Suburban Lung Associates,   3518,   810 Biesterfield Road,   Elk Grove Village, IL 60007-7312
10275597    +Transworld Systems,   02-06-03775,   5880 Commerce Blvd.,   Rohnert Park, CA 94928-1644
10275598     West Central Anesthesiologists,   11383466, et al.,   P.O. Box 1123,   Jackson, MI 49204-1123
10275599    +William H. Mollohan, DO,   ROGERS0002,   1551 Bond Street, Suite 127,   Naperville, IL 60563-0150
```

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

```
         ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                              TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Dec 07, 2007
Case: 05-56918               Form ID: pdf002       Total Served: 46
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2007**                          **Signature:**   _Joseph Speetjens_