IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:                              )    CHAPTER 7 CASE
ROGERS, KEITH T.                    )
KATICH-ROGERS, SHARI J.             )    CASE NO. 05-56918
                                    )
                                    )    JUDGE MANUEL BARBOSA
            Debtor(s)               )

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1.  Trustee's compensation                              $        1,502.07

2.  Trustee's expenses                                  $          673.11

                                    TOTAL               $        2,175.18

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1.  Attorney for the Trustee
    a. Compensation                                     $            0.00

    b. Expenses                                         $            0.00

2.  Accountant for the Trustee
    a. Compensation                                     $            0.00

    b. Expenses                                         $            0.00

3.  Other Professionals

                                    TOTAL               $            0.00

] S FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's ıribution Report is filed with the Clerk of the Bankruptcy Court.

Dated th. \_\_\_\_\_ day of _____ , 200 \_\_\_\_\_

ENTERED 3 2008

MANUEL BARROSA
UNITED STATES BANKRUPTCY JUDGE